**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:09-CR-215 |
| ) | |
| DAVID ALLEN ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant David Allen (DE #28) filed on May 24, 2010. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant David Allen, and **FINDS** the Defendant guilty of Count 8 of the Indictment, in violation of Title 18 U.S.C. § 922(a)(6).

This matter is set for sentencing on August 20, 2010, at 10:00 a.m.

**DATED:** August 12, 2010         /s/RUDY LOZANO, Judge
                                    **United States District Court**